**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Nathaniel A. SPADY, Respondent**

**No. 731 MAL 2015**

Supreme Court of Pennsylvania.

May 17, 2017

534

## ORDER

PER CURIAM

**AND NOW,** this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**